# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

RE: Richard Scott Llewellyn         *          CHAPTER 13
                                    *          CASE NO. 13-60812
        Debtor(s)                   *

## MOTION TO EXTEND AUTOMATIC STAY
## ORDER AND NOTICE OF OPPORTUNITY FOR HEARING

The Debtor(s), by Counsel, pursuant to Bankruptcy Code Section 362 and state as follows:
1. That on *April 15, 2013*, the Debtor(s) filed in this Court a Petition under Chapter 13 of the US Bankruptcy Code.
2. The Debtor's previous case was dismissed within the last twelve months prior to the filing of the current case.
3. Due to the dismissal of the previous case, the automatic stay will expire 30 days after the date of filing this new petition.
4. The Debtor(s) is requesting that the Court extend the automatic stay for the following reason(s). **The Debtor's previous case was dismissed due to not being able to make Trustee payments. Debtor feels he can now make payments and be successful in this case.**

**WHEREFORE**, your Debtor(s) prays that the Court, after notice and an opportunity for hearing, enter an Order extending the automatic stay until such time the Court deems otherwise.

                                    Richard Scott Llewellyn

Dated: 04/16/2013

                                    By: /s/ Stephen F. Dunn
                                    Stephen E. Dunn
                                    201 Enterprise Drive, Suite A
                                    Forest, VA 24551

## NOTICE AND ORDER FOR HEARING

It appearing to the Court proper so to do, it is **ORDERED** that any affected party or creditor (the "Respondent(s)") shall have twenty one (21) days from the date of the entry of this order on docket to file with the *Clerk of the United States Bankruptcy Court, 1101 Court Street, Lynchburg, Virginia 24504*, and serve upon the Counsel for the Debtor(s) at the address given above a written response to said MOTION and absent same, the Debtor may tender an order extending the automatic stay without further notice or hearing.

If Respondent(s) timely files a response to the Debtor's MOTION and requests a hearing on the same, a hearing shall be held in the *United States Bankruptcy Court, 1101 Court Street, Lynchburg, Virginia*, on *May 9, 2013*, at *10:00 a.m.*, on the Debtor's MOTION TO EXTEND AUTOMATIC STAY and Respondent's response thereto. The Respondent must be present in person, or represented by Counsel at said hearing.

The Court further finds that cause exists to extend the automatic stay temporarily in order to facilitate this noticing procedure for the extension of the stay pursuant to 11 U.S.C. 362(c)(3)(B) that is necessary to provide all interested parties sufficient time to review object to the Debtor(s)' motion; it is therefore ORDERED that the automatic stay is extended temporarily through *May 9, 2013*.

The Debtor(s) shall serve a copy of this order upon all affected parties, within 5 days of the date of entry of this order on docket, and certify in writing to the Court that he or she has done so.

DATED:

                                    _____
                                    WILLIAM E. ANDERSON
                                    United States Bankruptcy Judge

I hereby, certify that I have this date mailed a true copy of the foregoing motion and order to all creditors on the mailing matrix in this case.
DATED:

                                    _____
                                    Counsel for Debtor(s)